# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

CHAMBERS OF
**STANLEY R. CHESLER**
JUDGE

SENATOR FRANK R. LAUTENBERG BUILDING
UNITED STATES COURTHOUSE AND POST OFFICE
P.O. BOX 999
NEWARK, N.J. 07101-0999
(973) 645-3136

January 17, 2013

Thomas J. Eicher
United States Attorney's Office
420 East State Street
Trenton, NJ 08608-1507

      Re:    ***WRIGHT v. UNITED STATES OF AMERICA***
                **Civil Action No. 12-7606 (SRC)**

Dear Counsel:

No opposition has been received to the following motion pending in this action:

    2.    Motion To Appoint Counsel by MADELINE WRIGHT.

The return date for this motion will be adjourned to **February 4, 2013,** allowing you an extension to submit any opposition. Your opposition, if any, to this motion is due on **January 22, 2013.** If you choose not to submit any opposition by that date, the motion will be deemed unopposed and will be disposed of accordingly.

The moving parties are hereby notified of the changed return date and will have until **January 28, 2013** to submit a reply.

The parties are advised that this motion will be decided on the papers, without oral argument, unless the Court notifies otherwise.

Very truly yours,

s/Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge

    cc:    Clerk
             All parties