UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:10-cr-00320-001 |
| ) | |
| Respondent, ) | Court of Appeals No.:10-4192 |
| ) | |
| vs. ) | Civil Action No: |
| ) | |
| MADELINE WRIGHT, ) | 12-7606   (SRC)_____ |
| ) | |
| Movant. ) | |

MOVANT'S RESPONSE TO COURT NOTICE AND ORDER

COMES NOW, MADELINE WRIGHT, Movant in the above styled and entitled cause of action who respectfully responds to the court's Notice and Order dated February 7, 2013.

On February 7, 2013, The United States District Court has entered a Notice and Order in response to the Movant's filing of a Motion under 28 USC Section 2255 to Vacate, Set Aside or Correct Sentence. In the Notice and Order the District Court outlines the options available to the Movant in seeking redress under the provisions of 2255 and have her issues entertained.

Movant Wright elects to elects to withdraw/ dismiss her present pleading in lieu of filing an all-inclusive 2255 at a later date, but within the One Year Limitation as provided by the Antiterrorism Effective Death Penalty Act AEDPA) in 28 USC 2255(f).

WHEREFORE PREMISES CONSIDERED, Movant prays that the court will;

(a) Grant the Movant leave to withdraw/dismiss the present filing under 28 USC Section 2255;

(b) Grant any unto the Movant; other relief the court deems just and proper to make.

Respectfully Submitted,

Dated this 25th day of February, 2013.

MADELINE WRIGHT,

Movant, pro se
Fed. Reg. No: 20179-014
FEDERAL MEDICAL CENTER
P.O. 27137
FORT WORTH, TX. 76127

- 2

CERTIFICATE OF SERVICE

RECEIVED
MAR 0 4 2013
WILLIAM T. WALSH, CLERK

I, MADELINE WRIGHT, Movant, in the foregoing action, stating I have caused to be served a true and correct copy of the following;

MOVANT'S RESPONSE TO COURT'S NOTICE AND ORDER

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston v. Lack 101 L.Ed. 2d 245 (1988), upon the court and parties to litigation and their attorneys of record, by placing same in a sealed, prepaid envelope with sufficient postage attached thereto to carry same to its destination, addressed to:

Thomas J. Eicher
United States Attorney's Office
420 East State Street
Trenton, NJ 08608-1507

and deposited same in the legal mail deposit box at the FEDERAL MEDICAL CENTER, P.O. 27137, FORT WORTH, TX. 76127, on the 25 day of February, 2013.

I have read the foregoing and state the facts under personal knowledge are true and correct.

Executed this 25th day of February, 2013, under penalty of perjury pursuant to Title 28 U.S.C. Section 1746.

MADELINE WRIGHT,
Movant, pro se
Fed. Reg. No: 20179-014
FEDERAL MEDICAL CENTER
P.O. 27137
FORT WORTH, TX. 76127

Name Madeline Wright
Reg. No. 20179-014    M-2
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

⇔ 20179-014 ⇔
Us District Court Nj
50 Walnut ST
Room 4015
Newark, NJ 07105
United States

0710235559

NORTH TEXAS TX PDEC
DALLAS TX 750
27 FEB 2013 PM 6 L

RECEIVED
MAR 04 2013
AT 8:30
WILLIAM T. WALSH, CLERK