UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:10-cr-00320-001 |
| ) | |
| Respondent, ) | Court of Appeals No.:10-4192 |
| ) | |
| vs. ) | Civil Action No: |
| ) | |
| MADELINE WRIGHT, ) | 12-7606   (SRC) |
| ) | |
| Movant. ) | |

MOVANT'S RESPONSE TO COURT NOTICE AND ORDER

COMES NOW, MADELINE WRIGHT, Movant in the above styled and entitled cause of action who respectfully responds to the court's Notice and Order dated February 7, 2013.

On February 7, 2013, The United States District Court has entered a Notice and Order in response to the Movant's filing of a Motion under 28 USC Section 2255 to Vacate, Set Aside or Correct Sentence. In the Notice and Order the District Court outlines the options available to the Movant in seeking redress under the provisions of 2255 and have her issues entertained.

Movant Wright elects to elects to withdraw/ dismiss her present pleading in lieu of filing an all-inclusive 2255 at a later date, but within the One Year Limitation as provided by the Antiterrorism Effective Death Penalty Act AEDPA) in 28 USC 2255(f).

- 1

WHEREFORE PREMISES CONSIDERED, Movant prays that the court will;

(a) Grant the Movant leave to withdraw/dismiss the present filing under 28 USC Section 2255;

(b) Grant any unto the Movant; other relief the court deems just and proper to make.

Respectfully Submitted,

Dated this 25th day of February, 2013.

MADELINE WRIGHT,

/s/ M——

Movant, pro se
Fed. Reg. No: 20179-014
FEDERAL MEDICAL CENTER
P.O. 27137
FORT WORTH, TX. 76127

4/12/13
SO ORDERED: _____
STANLEY R. CHESLER, U.S.D.J.

- 2 -